The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO VALENZUELA-HARO,<br><br>Defendant. | NO. CR22-190-LK<br><br>**MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR: July 8, 2025 |

The United States, by and through its undersigned counsel, moves pursuant to Rules 32.2(b) and 36 of the Federal Rules of Criminal Procedure for Amended Preliminary Order of Forfeiture as to Defendant Luis Alberto Valenzuela-Haro, to correct clerical errors in the descriptions of two firearms.

In the Preliminary Order of Forfeiture for Defendant Luis Alberto Valenzuela-Haro (Dkt. No. 46), the Court forfeited these Defendant's interest in, among other things:

1.     One Taurus, Model The Judge, 45/410 caliber revolver, bearing serial number CK802939; and

2.     One Polymer80, Model PF940SC pistol, bearing serial number PF940SC. *See* Dkt. No. 46.

Due to updated information recently received from the Federal Bureau of Investigation, these firearms are more accurately described as:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1.  One Taurus, Model The Judge, 45/410 caliber revolver, bearing serial number CR802939; and

2.  One Polymer80, Model PF940SC pistol, bearing serial number PF9405C.

For this reason, the United States respectfully requests the Court to enter the proposed amended preliminary order of forfeiture, submitted herewith.

DATED this 26th day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

_s/Karyn S. Johnson_
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Motion to Amend Preliminary Order of Forfeiture - 2
_United States v. Valenzuela-Haro;_ CR22-190-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

<u>*s/Hannah G. Williams*</u>
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
Fax: 206-553-6934
<u>Hannah.Williams2@usdoj.gov</u>

Motion to Amend Preliminary Order of Forfeiture - 3
*United States v. Valenzuela-Haro;* CR22-190-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970