UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>LUIS ALBERTO VALENZUELA-HARO,<br><br>                      Defendant. | CASE NO. 2:22-cr-00190-LK<br><br>ORDER GRANTING MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE |

      This matter comes before the Court on the Government's motion to amend the Court's preliminary order of forfeiture to correct clerical errors in the descriptions of two firearms. Dkt. No. 63. In the preliminary order of forfeiture, the Court forfeited Defendant Luis Alberto Valenzuela-Haro's interest in, among other things:

      1. One Taurus, Model The Judge, 45/410 caliber revolver, bearing serial number CK802939; and

      2. One Polymer80, Model PF940SC pistol, bearing serial number PF940SC. *See* Dkt. No. 46 at 2.

Due to updated information recently received from the Federal Bureau of Investigation, these firearms are more accurately described as:

1. One Taurus, Model The Judge, 45/410 caliber revolver, bearing serial number CR802939; and

2. One Polymer80, Model PF940SC pistol, bearing serial number PF9405C.

Dkt. No. 63 at 1–2.

No objections to the Government's motion were filed. The Court thus GRANTS the Government's motion, Dkt. No. 63, and enters an amended preliminary order of forfeiture as attachment 1 to this order.

Dated this 16th day of July, 2025.

*Lauren King*

Lauren King
United States District Judge