The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO VALENZUELA-HARO,<br><br>Defendant. | NO. CR22-190-LK<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), which has already been preliminarily forfeited from Defendant Luis Alberto Valenzuela-Haro:

a. Approximately $12,795 in U.S. currency;

b. Eight firearms, and any associated ammunition and magazines:

   1. One Ithaca Gun Co. Model 37 Featherlight, 12-gauge shotgun, bearing serial number 371725802;

   2. One Privately Made Firearm, 223 caliber rifle;

   3. One Polymer80 Model PF940V2, 9 caliber pistol, bearing serial number PF940V2;

Final Order of Forfeiture - 1
*United States v. Valenzuela-Haro,* CR22-190-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. One Taurus, Model The Judge, 45/410 caliber revolver, bearing serial number CR802939;

5. One Marlin Firearms Co., Model 882, 22 caliber rifle, bearing serial number 06478547;

6. One Polymer80, Model PF940SC pistol, bearing serial number PF9405C;

7. One Egypt Model Hakim rifle, bearing serial number 117033370; and

8. One Savage, Model 38B, 410 caliber shotgun.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On November 13, 2024, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable (Dkt. No. 46);

- On July 16, 2025, the Court entered an Amended Preliminary Order of Forfeiture, again finding the Subject Property forfeitable, pursuant to 21 U.S.C. § 853(a), and forfeiting the Defendant's interest in it to the United States (Dkt. No. 64);

- In the Amended Preliminary Order of Forfeiture, the Court again found the sevens firearms and any associated ammunition, listed above as b(1) and b(3)-(8), forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeited the Defendant's interest in them to the United States (Dkt. No. 64);

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 65), and sent direct notice, by means reasonably calculated to reach them, to individuals identified as potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain

Final Order of Forfeiture - 2
*United States v. Valenzuela-Haro,* CR22-190-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-D);

- The United States has used all available efforts to provide notice to the potential claimants, by means reasonably calculated to reach them (*Id.* ¶¶ 2-3, Exhibits A-D);
- The United States has no other current contact information for the two identified potential claimants for whom notice was not delivered (*Id.* ¶¶ 2(a), 2(c)); and
- The time period for filing third-party petitions has expired, and none were filed to the Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

//
//

Final Order of Forfeiture - 3
*United States v. Valenzuela-Haro,* CR22-190-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 17th day of November, 2025.

*[signature: Lauren King]*
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 4
*United States v. Valenzuela-Haro,* CR22-190-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970